1
2
3
4
5
6
7

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **GERRY WILLIAMS,** | CASE NO. 03CV0634 WQH (PCL) |
| Plaintiff, | |
| v. | **ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM TO TRANSPORT PLAINTIFF, GERRY WILLIAMS, CDCR No. D-77087** |
| **C/O DIAZ,** | |
| Defendant. | As to Gerry Williams, CDCR No. D-77087 |

Plaintiff, **GERRY WILLIAMS, CDCR No. D-77087,** a necessary and material witness in proceedings in this case **beginning on February 23, 2007, at 11:00 a.m.,** is confined at Salinas Valley State Prison in the custody of the Warden. In order to secure this inmate's attendance at the February 23, 2007, pretrial conference and the February 27, 2007, trial in Courtroom 4 of the United States District Court for the Southern District of California, it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian of Gerry Williams, CDCR No. D-77087, to produce said inmate in **Courtroom 4 of the United States District Courthouse, 940 Front Street, San Diego, California, 92101, California, the Honorable William Q. Hayes presiding, beginning on February 23, 2007, at 11:00 a.m. and the subsequent trial beginning on February 27, 2007, at 9:00 a.m.**

**ACCORDINGLY, IT IS ORDERED that:**

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden of Salinas Valley State Prison and the California Department of Corrections and Rehabilitation to produce the inmate **GERRY WILLIAMS, CDCR No. D-77087,** to testify in United States District Court for the Southern District of California at the time and place above, and from day to day until completion of court proceedings or as ordered by the Court; and thereafter to return the inmate to the above institution.

2. The custodian is ordered to notify the Court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

To: The Warden of Salinas Valley State Prison, 31625 Highway 101, Soledad, California:

**YOU ARE COMMANDED** to produce inmate **GERRY WILLIAMS, CDCR No. D-77087,** to testify before the United States District Court for the Southern District of California at the time and place above, and from day to day until completion of the proceedings or as ordered by the Court; and thereafter to return the inmate to the above institution.

**FURTHER,** you have been ordered to notify the Court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

**IT IS SO ORDERED.**

DATED: January 19, 2007

**WILLIAM Q. HAYES**
United States District Judge